

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Michael Pulliam
(Please print)

STREET ADDRESS: 8827 S. Dorchester

CITY/STATE/ZIP: Chicago, IL 60619

PHONE NUMBER: 312-305-3215

CASE NUMBER: 08CV6690
JUDGE KENNELLY
MAGISTRATE JUDGE DENLOW

Signature

Date: 11/21/08

FILED
NOV 21 2008
Nov 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT