**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL PULLIAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS TRAVEL RELATED )<br>SERVICES CO. INC., TRANS UNION, LLC )<br>AND BAKER MILLER MARKOFF & KRASNY, )<br>LLC, )<br>)<br>Defendants. | Case No.: 08 CV 6690<br><br>The Honorable Judge Matthew F. Kennelly, presiding<br><br>Magistrate Judge Morton Denlow |

**NOTICE OF MOTION**

TO:  Michael Pulliam                Laura K. Rang, Esq.
     8827 South Dorchester          Schuckit & Associates, P.C.
     Chicago, Illinois  60619       30th Floor, Market Tower
                                    10 West Market Street, suite 3000
                                    Indianapolis, Indiana  46204

**PLEASE TAKE NOTICE** that on the **8th day of January, 2009**, at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any Judge sitting in his stead in Courtroom 2103, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present, **Motion for Enlargement of Time to Answer,** a copy of which are hereby served upon you.

                                    HINSHAW & CULBERTSON LLP

                                    By:   s/Elizabeth F. Staruck

Daniel K. Ryan  #6196616
Elizabeth F. Staruck #6229716
HINSHAW & CULBERTSON LLP
222 North La Salle Street, Suite 300
Chicago, Illinois  60601
312.704.3000
312.704.3001 facsimile
dryan@hinshawlaw.com
estaruck@hinshawlaw.com

6394873v1  99999

2

# CERTIFICATE OF SERVICE

      I hereby certify that I served the above and foregoing **Notice of Motion and Motion for Enlargement of Time to Answer,** with the Clerk of the Court electronically using the CM/ECF system and via by mailing a copy to the above-referenced named parties at their respective address and deposited same in the U.S. Mail at 222 North LaSalle, Chicago, Illinois by 5:00 p.m. on the 17th day of December, 2008 with proper postage prepaid.

                                         HINSHAW & CULBERTSON LLP

                                  By:  s/Elizabeth F. Staruck
                                             Elizabeth F. Staruck

Daniel K. Ryan  #6196616
Elizabeth F. Staruck #6229716
HINSHAW & CULBERTSON LLP
222 North La Salle Street, Suite 300
Chicago, Illinois  60601
312.704.3000
312.704.3001 facsimile
dryan@hinshawlaw.com
estaruck@hinshawlaw.com

2