# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
### Eastern Division

Michael Pulliam

                      Plaintiff,

v.                                              Case No.: 1:08−cv−06690
                                                     Honorable Matthew F. Kennelly

American Express Travel Related Services Co. Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2009:

    MINUTE entry before the Honorable Matthew F. Kennelly:Motion for sanctions is denied [82][84]. Plaintiff does not have to respond to interrogatories 24 and 27 through 29. Status hearing set for 10/29/2009 is vacated and reset to 11/17/2009 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.