**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL PULLIAM, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN EXPRESS TRAVEL RELATED ) <br> SERVICES CO. INC., ) <br> ) <br> Defendant. ) | Case No.: 08 CV 6690 <br><br> The Honorable Judge Matthew F. Kennelly, presiding <br><br> Magistrate Judge Morton Denlow |

**NOTICE OF MOTION**

TO: Michael Pulliam
3473 S. King Drive
#501
Chicago, IL 60616

    **PLEASE TAKE NOTICE** that on the 2nd **day of March, 2010** a**t 9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly or any Judge sitting in his stead in Courtroom 2103, in the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, 60604, and then and there present, **American Express Travel Related Services' Motion to Reconsider Court's Ruling of January 26, 2010 with Respect to Plaintiff's Consumer Reports and Disclosures,** a copy of which are hereby served upon you.

                                                         HINSHAW & CULBERTSON LLP

                                                      By:    s/Elizabeth F. Staruck

Daniel K. Ryan #6196616
Elizabeth F. Staruck #6229716
HINSHAW & CULBERTSON LLP
222 North La Salle Street, Suite 300
Chicago, Illinois 60601
312.704.3000
312.704.3001 facsimile
dryan@hinshawlaw.com
estaruck@hinshawlaw.com

### CERTIFICATE OF SERVICE

    I hereby certify that I served the above and foregoing **Notice of Motion and American Express Travel Related Services' Motion to Reconsider Court's Ruling of January 26, 2010 with Respect to Plaintiff's Consumer Reports and Disclosures,** with the Clerk of the Court electronically using the CM/ECF system and by mailing a copy to the above-referenced named parties at their respective address and deposited same in the U.S. Mail at 222 North LaSalle, Chicago, Illinois by 5:00 p.m. on the 11th day of November, 2009 with proper postage prepaid.

                          HINSHAW & CULBERTSON LLP

                          By: s/Elizabeth F. Staruck
                               Elizabeth F. Staruck

Daniel K. Ryan #6196616
Elizabeth F. Staruck #6229716
HINSHAW & CULBERTSON LLP
222 North La Salle Street, Suite 300
Chicago, Illinois 60601
312.704.3000
312.704.3001 facsimile
dryan@hinshawlaw.com
estaruck@hinshawlaw.com