IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL PULLIAM, ) <br> Plaintiff, ) <br> v. ) <br> AMERICAN EXPRESS TRAVEL RELATED ) <br> SERVICES CO. INC., et al., ) <br> Defendants. ) | No. 08 CV 6690 <br><br> The Honorable Judge Matthew F. Kennelly, presiding <br><br> Magistrate Judge Morton Denlow |

### STIPULATION TO DISMISS

It is hereby stipulated between the parties the claims and causes of actions as asserted against American Express Travel Related Services Co., Inc., are dismissed with prejudice, each party to bear their own costs and fees.

Plaintiff, Michael Pulliam,

_/s/ Michael Pulliam_
Michael Pulliam

American Express Travel Related Services Co., Inc.,

_/s/ E.H. Staruck /bkm_
Elizabeth F. Staruck, Their attorney

Prepared by:
Elizabeth F. Staruck
Hinshaw & Culbertson LLP
222 North LaSalle
Suite 300
Chicago, IL 60601
(312)704-8395

6554637v1 895352 64005